IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES in EXHIBIT A |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 2nd day of March, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1]This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2]With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

EXHIBIT A

4:04-cv-01717-BRW  Simmons, et al v. Wyeth Inc, et al
4:04-cv-01736-BRW  Lair, et al v. Wyeth Inc, et al
4:04-cv-01744-BRW  Emery, et al v. Wyeth Inc, et al
4:04-cv-01742-BRW  Abernathy, et al v. Wyeth Inc, et al
4:04-cv-01749-BRW  Martlew v. Wyeth Inc, et al

4:04-cv-01751-BRW  Simmons v. Wyeth Inc, et al
4:04-cv-01767-BRW  Stalls v. Wyeth Inc, et al
4:04-cv-01790-BRW  Peterson, et al v. Wyeth Inc, et al
4:04-cv-01805-BRW  Cottrell v. Wyeth Inc, et al
4:04-cv-01811-BRW  Carrozzella v. Wyeth Inc, et al

4:04-cv-01812-BRW  Dietrich, et al v. Wyeth Inc, et al
4:04-cv-01818-BRW  Bennett v. Wyeth Inc, et al
4:04-cv-01828-BRW  Gerow v. Wyeth Inc, et al
4:04-cv-01831-BRW  Terry, et al v. Wyeth Inc, et al
4:04-cv-01837-BRW  Jones v. Wyeth Inc, et al

4:04-cv-01839-BRW  Fischer v. Wyeth Inc, et al
4:04-cv-01840-BRW  Blake v. Wyeth Inc, et al
4:04-cv-01844-BRW  Broyles v. Wyeth Inc, et al
4:04-cv-01852-BRW  Shookman v. Wyeth Inc, et al
4:04-cv-01869-BRW  Parrish, et al v. Wyeth Inc, et al

4:04-cv-01872-BRW  Jaeger v. Wyeth Inc, et al
4:04-cv-01897-BRW  Foley v. Wyeth Inc, et al
4:04-cv-01902-BRW  Acker v. Wyeth Inc, et al
4:04-cv-01905-BRW  Wadler v. Wyeth Inc, et al
4:04-cv-01910-BRW  Johnson, et al v. Wyeth Inc, et al

4:04-cv-01912-BRW  Hendrickson v. Wyeth Inc, et al
4:04-cv-01918-BRW  Ashner, et al v. Wyeth Inc, et al
4:04-cv-01922-BRW  Skaggs, et al v. Wyeth Inc, et al
4:04-cv-01933-BRW  Allen, et al v. Wyeth Inc, et al
4:04-cv-01940-BRW  Ballauer, et al v. Wyeth Inc, et al

4:04-cv-01946-BRW  Turner, et al v. Wyeth Inc, et al
4:04-cv-01947-BRW  Dillman, et al v. Wyeth Inc, et al
4:04-cv-01951-BRW  Pierce, et al v. Wyeth Inc, et al
4:04-cv-01956-BRW  Stowers v. Wyeth Inc, et al
4:04-cv-01957-BRW  Guffey, et al v. Wyeth Inc, et al

4:04-cv-02248-BRW  Hulsey, et al v. Wyeth, et al
4:05-cv-00091-BRW  Israel v. Wyeth, et al
4:05-cv-00355-BRW  Ragsdale, et al v. Wyeth Inc, et al
4:05-cv-00741-BRW  Pursel, et al v. Wyeth Pharmaceutical, et al
4:05-cv-00966-BRW  Sarmiento et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00968-BRW   Guida et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00971-BRW   De Vos et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00973-BRW   Bellingham et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00975-BRW   Lawrence v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00976-BRW   Pierre et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00977-BRW   Campus et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00995-BRW   Hirsch v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01009-BRW   Draski et al v. Wyeth et al
4:05-cv-01021-BRW   Meilinger et al v. Wyeth Inc et al
4:05-cv-01146-BRW   McKesson et al v. Wyeth Inc et al

4:05-cv-01147-BRW   Hensley et al v. Wyeth Inc et al
4:05-cv-01148-BRW   Windsor et al v. Wyeth Inc et al
4:05-cv-01151-BRW   Rosso et al v. Wyeth Inc et al
4:05-cv-01152-BRW   Smitley et al v. Wyeth Inc et al
4:05-cv-01155-BRW   Barsom et al v. Wyeth Inc et al

4:05-cv-01157-BRW   Hall et al v. Wyeth Inc et al
4:05-cv-01160-BRW   Carroway v. Wyeth Inc et al
4:05-cv-01162-BRW   Scheid et al v. Wyeth Inc et al
4:05-cv-01164-BRW   Wynn et al v. Wyeth Inc et al
4:05-cv-01166-BRW   Dewitt v. Wyeth Inc et al

4:05-cv-01168-BRW   Allman et al v. Wyeth Inc et al
4:05-cv-01173-BRW   Vargo v. Wyeth Inc et al
4:05-cv-01247-BRW   Porter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01255-BRW   Towle v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01257-BRW   Haigler et al v. Wyeth Inc et al

4:05-cv-01259-BRW   Evin v. Wyeth Inc et al
4:05-cv-01376-BRW   Rymer v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01401-BRW   Reed v. Pfizer Inc et al
4:05-cv-01403-BRW   Arko et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01423-BRW   Shreve v. Wyeth Pharmaceuticals Inc et al

4:05-cv-01425-BRW   Franklin v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01426-BRW   Holden et al v. Pfizer Inc et al
4:05-cv-01427-BRW   Wilkerson et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01428-BRW   Fudally et al v. Wyeth et al
4:05-cv-01432-BRW   Boonstra v. Wyeth et al

4:05-cv-01449-BRW   Gardner et al v. Wyeth et al
4:05-cv-01457-BRW   Lamb v. Wyeth Inc et al
4:05-cv-01458-BRW   Lake v. Wyeth Inc et al
4:05-cv-01459-BRW   Lemon v. Wyeth Inc et al
4:05-cv-01460-BRW   Von Nostitz v. Wyeth Inc et al

```
4:05-cv-01461-BRW   Stewart v. Wyeth Inc et al
4:05-cv-01462-BRW   Steinbuch et al v. Wyeth Inc et al
4:05-cv-01463-BRW   Sanford et al v. Wyeth et al
4:05-cv-01464-BRW   Lewis v. Wyeth et al
4:05-cv-01467-BRW   Huff et al v. Wyeth Inc et al

4:05-cv-01468-BRW   Huff et al v. Wyeth Inc et al
4:05-cv-01469-BRW   Hamlin et al v. Wyeth Inc et al
4:05-cv-01487-BRW   Lick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01553-BRW   Slavik v. Wyeth Inc et al
4:05-cv-01534-BRW   Edwards et al v. Wyeth et al

4:05-cv-01566-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01567-BRW   Thompson et al v. Wyeth Inc et al
4:05-cv-01572-BRW   Shinton et al v. Wyeth Inc et al
4:05-cv-01576-BRW   Penrod v. Wyeth Inc et al
4:05-cv-01577-BRW   Spielman et al v. Wyeth Inc et al

4:05-cv-01578-BRW   Whitley v. Wyeth Inc et al
4:05-cv-01593-BRW   Reece v. Wyeth Inc et al
4:05-cv-01594-BRW   Beebe et al v. Wyeth et al
4:05-cv-01596-BRW   Abbott v. Wyeth Inc et al
4:05-cv-01597-BRW   Combs et al v. Wyeth Inc et al

4:05-cv-01598-BRW   Schouweiler v. Pharmacia & Upjohn Co.et al
4:05-cv-01600-BRW   Morgan v. Wyeth Inc et al
4:05-cv-01601-BRW   Littrell et al v. Wyeth Inc et al
4:05-cv-01605-BRW   Pogue v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01642-BRW   Bailey et al v. Wyeth Inc et al

4:05-cv-01647-BRW   Snopel et al v. Wyeth Inc et al
4:05-cv-01695-BRW   Andrade v. Wyeth Inc et al
4:05-cv-01699-BRW   Quillen v. Wyeth Inc et al
4:05-cv-01738-BRW   Morin v. Wyeth Inc et al
4:05-cv-01741-BRW   Clemens v. Wyeth Inc et al

4:05-cv-01762-BRW   Finnegan et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01779-BRW   Fallick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01785-BRW   Huffman v. Wyeth Inc et al
4:05-cv-01791-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01796-BRW   Streible et al v. Wyeth et al

4:05-cv-01801-BRW   Tanner v. Wyeth
4:05-cv-01826-BRW   Bacha v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01862-BRW   Horgan v. Wyeth Inc et al
4:05-cv-01890-BRW   Wells v. Wyeth et al
4:05-cv-01891-BRW   Litteer et al v. Wyeth, et al
```

```
4:05-cv-01897-BRW   Hoen v. Wyeth et al
4:05-cv-01925-BRW   Williams v. Wyeth Inc et al
4:05-cv-01933-BRW   Engstrom et al v. Wyeth Inc et al
4:05-cv-01935-BRW   Stevenson v. Wyeth Inc et al
4:05-cv-01936-BRW   Cignotti v. Pharmacia & Upjohn Company LLC et al

4:06-cv-00017-BRW   Hughes v. Wyeth Inc et al
4:06-cv-00024-BRW   Salois v. Wyeth Inc et al
4:06-cv-00028-BRW   Stewart et al v. Wyeth Inc et al
4:06-cv-00044-BRW   Schmid et al v. Wyeth Inc et al
4:06-cv-00049-BRW   Johnson et al v. Wyeth et al

4:06-cv-00052-BRW   Kern et al v. Wyeth et al
4:06-cv-00054-BRW   Grimme et al v. Wyeth Inc et al
4:06-cv-00064-BRW   Norwood et al v. Wyeth et al
4:06-cv-00065-BRW   Hughes et al v. Wyeth et al
4:06-cv-00066-BRW   Mattison et al v. Wyeth et al

4:06-cv-00067-BRW   Brous et al v. Wyeth et al
4:06-cv-00102-BRW   Conza v. Wyeth Inc et al
4:06-cv-00103-BRW   O'Toole v. Wyeth et al
4:06-cv-00120-BRW   Roffman et al v. Wyeth et al
4:06-cv-00138-BRW   Truelsen v. Wyeth Inc et al

4:06-cv-00145-BRW   Fruchtl et al v. Wyeth Inc et al
4:06-cv-00148-BRW   Watson et al v. Wyeth Inc et al
4:06-cv-00149-BRW   Minschew v. Wyeth et al
4:06-cv-00154-BRW   Sochan et al v. Wyeth et al
4:06-cv-00161-BRW   Spivey et al v. Wyeth Inc et al

4:06-cv-00173-BRW   Hart et al v. Wyeth Inc et al
4:06-cv-00184-BRW   Vossler et al v. Wyeth Inc et al
4:06-cv-00207-BRW   Pow et al v. Wyeth et al
4:06-cv-00222-BRW   Miller v. Wyeth et al
4:06-cv-00230-BRW   Chomar v. Wyeth Inc et al

4:06-cv-00232-BRW   Barrett v. Wyeth Inc et al
4:06-cv-00246-BRW   White v. Wyeth et al
4:06-cv-00271-BRW   Purcell et al v. Wyeth et al
4:06-cv-00278-BRW   Witcher et al v. Wyeth et al
4:06-cv-00301-BRW   Didier et al v. Wyeth Inc et al

4:06-cv-00303-BRW   Clark v. Wyeth et al
4:06-cv-00304-BRW   Campbell et al v. Wyeth Inc et al
4:06-cv-00306-BRW   Myles et al v. Wyeth Inc et al
4:06-cv-00308-BRW   Fallman v. Wyeth et al
4:06-cv-00309-BRW   Coppock v. Wyeth et al
```

4:06-cv-00310-BRW   White v. Wyeth et al
4:06-cv-00312-BRW   Peterson v. Wyeth et al
4:06-cv-00313-BRW   Hood v. Wyeth Inc et al
4:06-cv-00329-BRW   Stafford v. Wyeth et al
4:06-cv-00347-BRW   Reed v. Wyeth Inc et al

4:06-cv-00388-BRW   Langston et al v. Wyeth Inc et al
4:06-cv-00404-BRW   Fox v. Wyeth et al
4:06-cv-00410-BRW   Telsey et al v. Wyeth et al
4:06-cv-00421-BRW   Valyou v. Bristol-Myers Squibb Company et al
4:06-cv-00429-BRW   Doering v. Wyeth

4:06-cv-00431-BRW   Johnson v. Wyeth et al
4:06-cv-00436-BRW   Hogan v. Wyeth et al
4:06-cv-00440-BRW   Morrell v. Wyeth et al
4:06-cv-00456-BRW   Neal v. Wyeth et al
4:06-cv-00457-BRW   Dolan et al v. Wyeth et al

4:06-cv-00458-BRW   Dollar v. Wyeth et al
4:06-cv-00463-BRW   Lenart v. Wyeth et al
4:06-cv-00469-BRW   Lafferty v. Wyeth et al
4:06-cv-00479-BRW   Carpenter et al v. Wyeth et al
4:06-cv-00482-BRW   Rigsby v. Wyeth Inc et al

4:06-cv-00483-BRW   Romano v. Wyeth Inc et al
4:06-cv-00484-BRW   Kaminiski v. Wyeth Inc et al
4:06-cv-00492-BRW   Latchman v. Wyeth Inc et al
4:06-cv-00516-BRW   Levin v. Wyeth Inc et al
4:06-cv-00522-BRW   Jones v. Wyeth et al

4:06-cv-00528-BRW   Thurman et al v. Wyeth et al
4:06-cv-00529-BRW   Stevens v. Pharmacia & Upjohn Company LLC et al
4:06-cv-00533-BRW   Pendley v. Wyeth et al
4:06-cv-00539-BRW   Gunter et al v. Wyeth et al
4:06-cv-00557-BRW   Hayman v. Wyeth Inc et al

4:06-cv-00559-BRW   Dunn et al v. Wyeth et al
4:06-cv-00560-BRW   Linville v. Wyeth et al
4:06-cv-00562-BRW   Chakerian v. Wyeth et al
4:06-cv-00563-BRW   Weiss v. Wyeth et al
4:06-cv-00571-BRW   Bohlen v. Wyeth Inc et al

4:06-cv-00579-BRW   Lewis v. Wyeth Inc et al
4:06-cv-00584-BRW   King v. Wyeth et al
4:06-cv-00586-BRW   Larrick et al v. Wyeth et al
4:06-cv-00596-BRW   Elich v. Wyeth et al
4:06-cv-00621-BRW   Bowman v. Wyeth et al

4:06-cv-00625-BRW  Falcone et al v. Wyeth et al
4:06-cv-00626-BRW  Ryan et al v. Wyeth et al
4:06-cv-00631-BRW  Handshy et al v. Wyeth et al
4:06-cv-00634-BRW  Bowers et al v. Wyeth et al
4:06-cv-00637-BRW  Borne et al v. Wyeth Pharmaceuticals Inc

4:06-cv-00639-BRW  West et al v. Wyeth et al
4:06-cv-00640-BRW  Moritz v. Wyeth et al
4:06-cv-00642-BRW  Anderson et al v. Wyeth et al
4:06-cv-00643-BRW  Beatty et al v. Wyeth et al
4:06-cv-00644-BRW  Groh et al v. Wyeth et al

4:06-cv-00648-BRW  Troy v. Wyeth et al
4:06-cv-00650-BRW  Jackson v. Wyeth et al
4:06-cv-00651-BRW  Starnes v. Wyeth et al
4:06-cv-00686-BRW  Hunter v. Wyeth et al
4:06-cv-00691-BRW  Robinson v. Wyeth et al

4:06-cv-00693-BRW  Schexnayder v. Wyeth et al
4:06-cv-00694-BRW  Przybysz v. Wyeth et al
4:06-cv-00698-BRW  Eiseland et al v. Novartis Inc et al
4:06-cv-00699-BRW  Gillette et al v. Wyeth et al
4:06-cv-00700-BRW  Gray et al v. Wyeth et al

4:06-cv-00701-BRW  Miles et al v. Wyeth et al
4:06-cv-00703-BRW  Casteel v. Wyeth et al
4:06-cv-00705-BRW  Harvey v. Wyeth et al
4:06-cv-00706-BRW  Morgan v. Wyeth et al
4:06-cv-00707-BRW  Mercer v. Wyeth et al

4:06-cv-00708-BRW  Brown v. Wyeth et al
4:06-cv-00711-BRW  Fairbairn v. Wyeth et al
4:06-cv-00713-BRW  Glahn v. Wyeth et al
4:06-cv-00724-BRW  Harrison v. Wyeth et al
4:06-cv-00725-BRW  Moody v. Wyeth et al

4:06-cv-00734-BRW  Baker v. Wyeth et al
4:06-cv-00744-BRW  Myers et al v. Wyeth Inc et al
4:06-cv-00745-BRW  Schons v. Wyeth et al
4:06-cv-00766-BRW  Kibat v. Wyeth et al
4:06-cv-00767-BRW  Grosor v. Wyeth et al

4:06-cv-00768-BRW  Hagen v. Wyeth Inc et al
4:06-cv-00775-BRW  Taylor v. Wyeth et al
4:06-cv-00778-BRW  Jones et al v. Wyeth Inc et al
4:06-cv-00785-BRW  Pedicone v. Wyeth et al
4:06-cv-00786-BRW  Behnke et al v. Wyeth Inc et al

4:06-cv-00790-BRW Ulmen v. Wyeth et al
4:06-cv-00791-BRW Newland v. Wyeth et al
4:06-cv-00792-BRW Hart et al v. Wyeth Inc et al
4:06-cv-00794-BRW Easley v. Wyeth et al
4:06-cv-00795-BRW Hodge v. Wyeth et al

4:06-cv-00796-BRW Klauck v. Wyeth et al
4:06-cv-00798-BRW Patterson v. Wyeth et al
4:06-cv-00799-BRW Massey et al v. Wyeth et al
4:06-cv-00802-BRW Hughes et al v. Wyeth et al
4:06-cv-00804-BRW Laines v. Wyeth et al

4:06-cv-00808-BRW Raterman v. Wyeth Inc et al
4:06-cv-00813-BRW Zachow et al v. Wyeth Inc et al
4:06-cv-00814-BRW Jones v. Wyeth Inc et al
4:06-cv-00823-BRW Reingold v. Wyeth et al
4:06-cv-00824-BRW Crittenden v. Wyeth et al

4:06-cv-00840-BRW Peoples v. Wyeth et al
4:06-cv-00852-BRW Bradley et al v. Wyeth et al
4:06-cv-00854-BRW Johnson et al v. Wyeth Inc et al
4:06-cv-00855-BRW Bailey v. Pfizer Inc et al
4:06-cv-00859-BRW Whitman v. Wyeth et al

4:06-cv-00875-BRW Turner v. Wyeth et al
4:06-cv-00885-BRW Townsend v. Wyeth et al
4:06-cv-00888-BRW Elliott v. Wyeth et al
4:06-cv-00889-BRW Hare v. Wyeth et al
4:06-cv-00890-BRW Olive v. Wyeth et al

4:06-cv-00891-BRW Hayes v. Wyeth et al
4:06-cv-00894-BRW Wadkins v. Wyeth et al
4:06-cv-00895-BRW Portrey v. Wyeth et al
4:06-cv-00896-BRW Branton v. Wyeth et al
4:06-cv-00897-BRW McKay v. Wyeth et al

4:06-cv-00901-BRW Robbins v. Wyeth Inc et al
4:06-cv-00902-BRW Frazier v. Wyeth et al
4:06-cv-00905-BRW Gustin v. Wyeth et al
4:06-cv-00906-BRW Mueller v. Wyeth et al
4:06-cv-00907-BRW Bjornson et al v. Pharmacia & Upjohn Co. LLC et al

4:06-cv-00913-BRW Long v. Wyeth et al
4:06-cv-00917-BRW Leseberg et al v. Wyeth et al
4:06-cv-00934-BRW Schmitt v. Wyeth et al
4:06-cv-00935-BRW Zaleski v. Wyeth Inc et al
4:06-cv-00939-BRW Huddleston v. Wyeth et al

4:06-cv-00950-BRW  Morgan v. Wyeth et al
4:06-cv-00955-BRW  Dunkhas et al v. Wyeth et al
4:06-cv-00956-BRW  St John et al v. Wyeth et al
4:06-cv-00958-BRW  Griffin v. Wyeth et al
4:06-cv-00964-BRW  Meade v. Wyeth

4:06-cv-00969-BRW  Ennis v. Wyeth et al
4:06-cv-00971-BRW  Howard v. Wyeth et al
4:06-cv-00972-BRW  Cook v. Wyeth et al
4:06-cv-00973-BRW  Labelle v. Wyeth et al
4:06-cv-00974-BRW  Wright v. Wyeth et al

4:06-cv-00976-BRW  Pyle v. Wyeth et al
4:06-cv-00978-BRW  Storch v. Wyeth et al
4:06-cv-00979-BRW  Ray v. Wyeth et al
4:06-cv-00984-BRW  Irwin v. Wyeth et al
4:06-cv-00991-BRW  Fonseca v. Wyeth et al

4:06-cv-00992-BRW  Burns v. Wyeth et al
4:06-cv-01016-BRW  Dold et al v. Wyeth et al
4:06-cv-01020-BRW  Malmstrom v. Wyeth et al
4:06-cv-01024-BRW  Ritchie v. Wyeth et al
4:06-cv-01030-BRW  Downs-Breo et al v. Wyeth et al

4:06-cv-01033-BRW  Armstrong v. Wyeth et al
4:06-cv-01040-BRW  Fields v. Wyeth et al
4:06-cv-01041-BRW  Watson v. Wyeth et al
4:06-cv-01042-BRW  Smith v. Wyeth et al
4:06-cv-01043-BRW  Samples v. Wyeth et al

4:06-cv-01044-BRW  Adkisson v. Wyeth et al
4:06-cv-01050-BRW  Klocek v. Wyeth et al
4:06-cv-01052-BRW  Pepperdine v. Wyeth et al
4:06-cv-01058-BRW  Bloodgood v. Wyeth et al
4:06-cv-01059-BRW  Thebeau v. Wyeth, et al

4:06-cv-01060-BRW  Dorsett v. Wyeth et al
4:06-cv-01062-BRW  Gray v. Wyeth et al
4:06-cv-01064-BRW  Worley v. Wyeth et al
4:06-cv-01065-BRW  Roach v. Wyeth et al
4:06-cv-01067-BRW  Newhouse v. Wyeth et al

4:06-cv-01068-BRW  Baker v. Wyeth et al
4:06-cv-01070-BRW  Schmick v. Wyeth et al
4:06-cv-01071-BRW  Gant v. Wyeth et al
4:06-cv-01072-BRW  Hawemann v. Wyeth et al
4:06-cv-01075-BRW  Ross v. Wyeth Inc et al

4:06-cv-01080-BRW Nelson et al v. Wyeth et al  
4:06-cv-01081-BRW Baker v. Wyeth et al  
4:06-cv-01086-BRW Campbell v. Wyeth et al  
4:06-cv-01092-BRW Ghorley v. Wyeth et al  
4:06-cv-01093-BRW Pannell v. Wyeth et al  

4:06-cv-01096-BRW Lawrence et al v. Wyeth et al  
4:06-cv-01109-BRW Anderson v. Pfizer Inc et al  
4:06-cv-01110-BRW Hill v. Wyeth et al  
4:06-cv-01118-BRW Gavino v. Wyeth et al  
4:06-cv-01121-BRW Frandsen v. Wyeth et al  

4:06-cv-01124-BRW Williams v. Wyeth et al  
4:06-cv-01126-BRW Hatcher v. Wyeth et al  
4:06-cv-01128-BRW Furber v. Wyeth et al  
4:06-cv-01129-BRW Edris v. Wyeth et al  
4:06-cv-01131-BRW Hickman-Claytor v. Wyeth et al  

4:06-cv-01143-BRW Paradis v. Wyeth et al  
4:06-cv-01145-BRW Morris et al v. Wyeth et al  
4:06-cv-01163-BRW Burgett v. Wyeth et al  
4:06-cv-01164-BRW Rodriguez v. Wyeth Inc et al  
4:06-cv-01168-BRW Jones et al v. Wyeth et al  

4:06-cv-01169-BRW Bickel et al v. Wyeth et al  
4:06-cv-01171-BRW Merwin et al v. Wyeth et al  
4:06-cv-01172-BRW Taylor v. Wyeth et al  
4:06-cv-01176-BRW Thrift v. Wyeth et al  
4:06-cv-01181-BRW Billeau et al v. Wyeth et al  

4:06-cv-01182-BRW Boelk et al v. Wyeth et al  
4:06-cv-01183-BRW Flores et al v. Wyeth et al  
4:06-cv-01191-BRW Bross v. Wyeth et al  
4:06-cv-01199-BRW Ulmer v. Wyeth et al  
4:06-cv-01206-BRW Wilson v. Wyeth et al  

4:06-cv-01207-BRW Pritchett et al v. Wyeth et al  
4:06-cv-01208-BRW George et al v. Wyeth et al  
4:06-cv-01210-BRW Seaton et al v. Wyeth et al  
4:06-cv-01213-BRW Johnson v. Wyeth et al  
4:06-cv-01216-BRW Grindle et al v. Wyeth et al  

4:06-cv-01218-BRW Garcia et al v. Wyeth et al  
4:06-cv-01221-BRW Brege v. Wyeth et al  
4:06-cv-01226-BRW Baena et al v. Wyeth et al  
4:06-cv-01229-BRW Weston et al v. Wyeth et al  
4:06-cv-01230-BRW Walrod v. Wyeth et al

4:06-cv-01232-BRW  Sellepack v. Wyeth et al
4:06-cv-01234-BRW  Roe v. Wyeth et al
4:06-cv-01235-BRW  Roberts v. Wyeth et al
4:06-cv-01236-BRW  Patten v. Wyeth et al
4:06-cv-01237-BRW  Mullins et al v. Wyeth et al

4:06-cv-01239-BRW  Melendez v. Wyeth et al
4:06-cv-01240-BRW  Morgan et al v. Wyeth et al
4:06-cv-01242-BRW  Long et al v. Wyeth et al
4:06-cv-01243-BRW  Killian et al v. Wyeth et al
4:06-cv-01244-BRW  Carll v. Wyeth et al

4:06-cv-01245-BRW  Ayers v. Wyeth et al
4:06-cv-01246-BRW  Mancini v. Wyeth et al
4:06-cv-01247-BRW  Ferguson et al v. Wyeth et al
4:06-cv-01248-BRW  Kennedy et al v. Wyeth et al
4:06-cv-01249-BRW  Hamm v. Wyeth et al

4:06-cv-01251-BRW  McClellan v. Wyeth et al
4:06-cv-01253-BRW  O'Neil v. Wyeth et al
4:06-cv-01258-BRW  Rubin-Finn v. Wyeth et al
4:06-cv-01261-BRW  Stamper et al v. Wyeth et al
4:06-cv-01275-BRW  Jansky v. Wyeth et al

4:06-cv-01277-BRW  Dewey v. Wyeth et al
4:06-cv-01281-BRW  Shay v. Wyeth et al
4:06-cv-01283-BRW  Lykins et al v. Wyeth Inc et al
4:06-cv-01285-BRW  Lantz et al v. Wyeth et al
4:06-cv-01355-BRW  Dane v. Wyeth Inc et al

4:06-cv-01360-BRW  Blevins et al v. Wyeth et al
4:06-cv-01361-BRW  Heleniak et al v. Pfizer Inc et al
4:06-cv-01367-BRW  Darby et al v. Wyeth et al
4:06-cv-01371-BRW  Allen-Honeycutt et al v. Wyeth et al
4:06-cv-01377-BRW  Kruse et al v. Wyeth et al

4:06-cv-01389-BRW  Martin v. Wyeth Inc et al
4:06-cv-01404-BRW  Kaiser et al v. Wyeth Inc et al
4:06-cv-01406-BRW  Acard v. Wyeth et al
4:06-cv-01416-BRW  Lonkani v. Wyeth Inc et al
4:06-cv-01420-BRW  Scherer et al v. Wyeth et al

4:06-cv-01422-BRW  Newman et al v. Wyeth et al
4:06-cv-01424-BRW  Keith v. Wyeth et al
4:06-cv-01454-BRW  Brown et al v. Wyeth Inc et al
4:06-cv-01504-BRW  Aguayo et al v. Wyeth et al
4:06-cv-01518-BRW  Henry v. Pfizer Inc et al

4:06-cv-01521-BRW   Galloway v. Wyeth et al
4:06-cv-01544-BRW   Romel v. Wyeth et al
4:06-cv-01549-BRW   Baurmash v. Wyeth Inc et al
4:06-cv-01552-BRW   Dougherty v. Wyeth Inc et al
4:06-cv-01554-BRW   Wilson v. Wyeth Inc et al

4:06-cv-01602-BRW   Rister v. Wyeth Inc et al
4:06-cv-01655-BRW   Groethe v. Wyeth et al
4:06-cv-01681-BRW   Ippolito v. Wyeth Inc et al
4:06-cv-01684-BRW   Williams v. Wyeth Inc et al
4:06-cv-01698-BRW   McCandless v. Wyeth et al

4:07-cv-00001-BRW   Addis et al v. Wyeth Inc et al
4:07-cv-00078-BRW   Gattuso v. Wyeth Inc et al
4:07-cv-00096-BRW   Collins v. Wyeth et al
4:07-cv-00104-BRW   Arnold v. Wyeth et al
4:07-cv-00105-BRW   Cox v. Wyeth et al

4:07-cv-00108-BRW   Fuentes v. Wyeth Inc et al
4:07-cv-00115-BRW   Nickence v. Wyeth Inc et al
4:07-cv-00125-BRW   Cook et al v. Wyeth et al
4:07-cv-00127-BRW   Becker v. Wyeth et al
4:07-cv-00128-BRW   Doctors v. Wyeth et al

4:07-cv-00167-BRW   Miller v. Wyeth
4:07-cv-00168-BRW   Gabriel v. Wyeth
4:07-cv-00169-BRW   Llana v. Wyeth et al
4:07-cv-00170-BRW   Godwin v. Wyeth et al
4:07-cv-00182-BRW   Howard v. Wyeth et al

4:07-cv-00188-BRW   Vara et al v. Wyeth et al
4:07-cv-00190-BRW   Podesta v. Wyeth et al
4:07-cv-00226-BRW   Martinez v. Wyeth et al
4:07-cv-00230-BRW   Read v. Wyeth et al
4:07-cv-00248-BRW   Lawson v. Wyeth et al

4:07-cv-00293-BRW   Fegley v. Wyeth et al
4:07-cv-00295-BRW   Infinger et al v. Wyeth Inc et al
4:07-cv-00313-BRW   Fitzner v. Wyeth et al
4:07-cv-00322-BRW   Moe v. Wyeth et al
4:07-cv-00325-BRW   Mullins et al v. Wyeth et al

4:07-cv-00336-BRW   Gilley v. Wyeth et al
4:07-cv-00431-BRW   Keane et al v. Pfizer Inc et al
4:07-cv-00456-BRW   Marshall v. Wyeth et al
4:07-cv-00465-BRW   Wagner v. Wyeth et al
4:07-cv-00466-BRW   Swanson v. Wyeth et al

4:07-cv-00468-BRW   Kaplan v. Wyeth et al
4:07-cv-00474-BRW   Calabro v. Wyeth et al
4:07-cv-00480-BRW   Rhodes v. Wyeth Inc
4:07-cv-00496-BRW   Berns v. Wyeth Inc et al
4:07-cv-00499-BRW   Mims et al v. Wyeth Pharmaceuticals Inc

4:07-cv-00500-BRW   Gardner v. Wyeth Pharmaceuticals Inc
4:07-cv-00513-BRW   Bernardo v. Wyeth et al
4:07-cv-00544-BRW   Basham v. Wyeth et al
4:07-cv-00547-BRW   Saucier et al v. Wyeth Inc et al
4:07-cv-00552-BRW   VanTassal v. Wyeth et al

4:07-cv-00560-BRW   Kimbrough v. Wyeth et al
4:07-cv-00578-BRW   Riley v. Wyeth et al
4:07-cv-00579-BRW   Soukkala v. Wyeth et al
4:07-cv-00581-BRW   Lightner v. Wyeth et al
4:07-cv-00597-BRW   Wright v. Wyeth et al

4:07-cv-00599-BRW   McKinney v. Wyeth et al
4:07-cv-00650-BRW   Greenberg v. Wyeth
4:07-cv-00724-BRW   Meredith et al v. Wyeth
4:07-cv-00735-BRW   Inwood v. Wyeth Inc et al
4:07-cv-00736-BRW   Edmundson et al v. Wyeth et al

4:07-cv-00738-BRW   Feldman v. Wyeth Inc et al
4:07-cv-01071-BRW   Hoffman v. Wyeth et al
4:07-cv-01072-BRW   Henderson et al v. Wyeth Inc et al
4:07-cv-01082-BRW   Pace v. Wyeth et al
4:07-cv-01085-BRW   Patterson v. Wyeth et al

4:07-cv-01094-BRW   Mumme et al v. Wyeth Inc et al
4:07-cv-01121-BRW   Kendall v. Pharmacia & Upjohn Company et al
4:07-cv-01122-BRW   Johnston v. Wyeth et al
4:07-cv-01126-BRW   Neilson v. Wyeth et al
4:07-cv-01127-BRW   Poto v. Wyeth et al

4:07-cv-01128-BRW   Shippen v. Wyeth et al
4:07-cv-01137-BRW   Singer v. Wyeth et al
4:07-cv-01140-BRW   Thompson v. Wyeth et al
4:07-cv-01141-BRW   Pulley v. Wyeth et al
4:07-cv-01145-BRW   Ward v. Wyeth et al

4:07-cv-01197-BRW   Harding et al v. Wyeth Inc et al
4:07-cv-01201-BRW   Bailey v. Wyeth et al
4:07-cv-01205-BRW   Carruth v. Wyeth et al
4:08-cv-00009-BRW   Johnson et al v. Wyeth et al
4:08-cv-00029-BRW   Hesch et al v. Wyeth Inc et al

4:08-cv-00038-BRW  Ranallo v. Wyeth et al  
4:08-cv-00045-BRW  Mongeon v. Wyeth et al  
4:08-cv-00054-BRW  Asbury v. Wyeth et al  
4:08-cv-00055-BRW  D'Andrea v. Wyeth et al  
4:08-cv-00063-BRW  McCall v. Wyeth Inc et al  

4:08-cv-00080-BRW  Fitzgerald et al v. Pfizer Inc et al  
4:08-cv-00103-BRW  Rutledge v. Wyeth et al  
4:08-cv-00113-BRW  Gaw v. Wyeth et al  
4:08-cv-00125-BRW  Shows v. Wyeth Pharmaceuticals Inc  
4:08-cv-00129-BRW  Beier v. Wyeth et al  

4:08-cv-00135-BRW  Marsa v. Wyeth et al  
4:08-cv-00173-BRW  Wilkerson v. Wyeth et al  
4:08-cv-00177-BRW  Willis v. Wyeth et al  
4:08-cv-00178-BRW  McGinn et al v. Wyeth Inc et al  
4:08-cv-00182-BRW  Mink v. Wyeth Inc et al  

4:08-cv-00186-BRW  Pecci v. Wyeth et al  
4:08-cv-00192-BRW  Illingsworth v. Wyeth Inc et al  
4:08-cv-00203-BRW  Pellack v. Wyeth Pharmaceuticals Inc  
4:08-cv-00237-BRW  Hunt et al v. Wyeth Inc et al  
4:08-cv-00239-BRW  Dake v. Pfizer Inc et al  

4:08-cv-00248-BRW  Cottrell v. Wyeth et al  
4:08-cv-00251-BRW  Colledge et al v. Wyeth Inc et al  
4:08-cv-00252-BRW  Garfinkle v. Wyeth et al  
4:08-cv-00256-BRW  Singleton v. Wyeth et al  
4:08-cv-00258-BRW  Johnson et al v. Wyeth Inc et al  

4:08-cv-00259-BRW  Tucker v. Wyeth et al  
4:08-cv-00263-BRW  Rieder et al v. Wyeth Inc et al  
4:08-cv-00264-BRW  Hirvela et al v. Wyeth Inc et al  
4:08-cv-00265-BRW  Chambers et al v. Wyeth Inc et al  
4:08-cv-00266-BRW  Joffrion v. Wyeth et al  

4:08-cv-00289-BRW  Hill v. Wyeth et al  
4:08-cv-00296-BRW  Pugh v. Wyeth Inc et al  
4:08-cv-00297-BRW  Ogens v. Wyeth et al  
4:08-cv-00310-BRW  Grant-Hylton v. Wyeth et al  
4:08-cv-00311-BRW  Duke v. Wyeth et al  

4:08-cv-00312-BRW  Brinkley v. Wyeth et al  
4:08-cv-00313-BRW  Case v. Wyeth et al  
4:08-cv-00314-BRW  Deavers v. Wyeth et al  
4:08-cv-00322-BRW  Martin v. Wyeth et al  
4:08-cv-00330-BRW  Reed v. Wyeth et al

| | |
|---|---|
| 4:08-cv-00332-BRW | Cerinetti et al v. Wyeth et al |
| 4:08-cv-00343-BRW | Becker et al v. Wyeth Inc et al |
| 4:08-cv-00344-BRW | Meir et al v. Wyeth Inc et al |
| 4:08-cv-00348-BRW | Kalbfleisch et al v. Wyeth Inc et al |
| 4:08-cv-00350-BRW | Fratzke v. Wyeth Inc et al |
| 4:08-cv-00394-BRW | Grace v. Wyeth et al |
| 4:08-cv-00396-BRW | Trost v. Wyeth et al |
| 4:08-cv-00418-BRW | Zidlick v. Wyeth et al |
| 4:08-cv-00420-BRW | Slezak v. Wyeth Inc et al |
| 4:08-cv-00435-BRW | Hall v. Wyeth et al |
| 4:08-cv-00445-BRW | Sharp et al v. Wyeth et al |
| 4:08-cv-00461-BRW | Cochran v. Wyeth Inc et al |
| 4:08-cv-00465-BRW | Johnson v. Wyeth Inc et al |
| 4:08-cv-00495-BRW | Brooks v. Wyeth Inc et al |
| 4:08-cv-00528-BRW | Pfaff v. Wyeth Inc et al |
| 4:08-cv-00551-BRW | Harrison et al v. Wyeth et al |
| 4:08-cv-00554-BRW | Miller v. Wyeth et al |
| 4:08-cv-00565-BRW | Lowe v. Wyeth et al |
| 4:08-cv-00605-BRW | Stedman et al v. Wyeth et al |
| 4:08-cv-00625-BRW | Stoe et al v. Wyeth et al |
| 4:08-cv-00632-BRW | Sauer et al v. Wyeth et al |
| 4:08-cv-00678-BRW | Harwell v. Wyeth et al |
| 4:08-cv-00693-BRW | Erger v. Wyeth et al |
| 4:08-cv-00776-BRW | Carpenter v. Wyeth et al |
| 4:08-cv-00859-BRW | Mills v. Wyeth et al |
| 4:08-cv-00863-BRW | Savage v. Wyeth et al |
| 4:08-cv-00867-BRW | Camp v. Wyeth et al |
| 4:08-cv-00869-BRW | Touchstone v. Wyeth et al |
| 4:08-cv-00872-BRW | Scholl v. Wyeth et al |
| 4:08-cv-00874-BRW | Valovich v. Wyeth et al |
| 4:08-cv-00923-BRW | Williams v. Wyeth Inc et al |
| 4:08-cv-01079-BRW | Lawnsdale v. Wyeth et al |
| 4:08-cv-01082-BRW | Bogler v. Wyeth et al |
| 4:08-cv-01086-BRW | Haber v. Wyeth et al |
| 4:08-cv-01161-BRW | Hickerson et al v. Wyeth Inc et al |
| 4:08-cv-01166-BRW | Mitchener v. Wyeth Inc et al |
| 4:08-cv-01194-BRW | Steinhardt v. Wyeth et al |
| 4:08-cv-01195-BRW | Pruett et al v. Wyeth et al |
| 4:08-cv-01211-BRW | Bot v. Wyeth et al |
| 4:08-cv-01246-BRW | Shaker v. Wyeth et al |

```
4:08-cv-01250-BRW   McCann v. Wyeth et al
4:08-cv-01284-BRW   Andres et al v. Wyeth et al
4:08-cv-01297-BRW   Lunde et al v. Wyeth
4:08-cv-01310-BRW   Daher v. Wyeth et al
4:08-cv-01316-BRW   Perez v. Wyeth Inc

4:08-cv-01361-BRW   Roberts v. Wyeth Inc et al
4:08-cv-01378-BRW   Jones v. Wyeth et al
4:08-cv-01414-BRW   Dybvig v. Wyeth Inc et al
4:08-cv-01425-BRW   Gaio v. Wyeth Inc et al
4:08-cv-01433-BRW   Pieprzny v. Wyeth Inc et al

4:08-cv-01436-BRW   Johnson v. Wyeth Inc et al
4:08-cv-01444-BRW   Bortel v. Wyeth et al
4:08-cv-01445-BRW   Jacks v. Wyeth Inc et al
4:08-cv-01446-BRW   Griesing v. Wyeth et al
4:08-cv-01447-BRW   Hoffman v. Wyeth et al

4:08-cv-01448-BRW   Kelly v. Wyeth et al
4:08-cv-01449-BRW   Larson v. Wyeth et al
4:08-cv-01522-BRW   Adkins v. Wyeth et al
4:08-cv-01548-BRW   Olson v. Wyeth et al
4:08-cv-01552-BRW   Kuntz v. Wyeth Inc et al

4:08-cv-01628-BRW   Francis v. Pfizer Inc et al
4:08-cv-01815-BRW   Love v. Wyeth Inc et al
4:08-cv-01817-BRW   Ferreira et al v. Wyeth et al
4:08-cv-01818-BRW   Ruggles v. Wyeth et al
4:08-cv-01819-BRW   Martino et al v. Wyeth et al

4:08-cv-01820-BRW   Green et al v. Wyeth et al
4:08-cv-01821-BRW   Geyer et al v. Wyeth et al
4:08-cv-01833-BRW   Paquin v. Mylan Laboratories Inc
4:08-cv-01834-BRW   Posey v. Qualitest Pharmaceuticals Inc
4:08-cv-01837-BRW   Gray et al v. Wyeth et al

4:08-cv-01840-BRW   Reed et al v. Wyeth et al
4:08-cv-01841-BRW   Fox v. Wyeth et al
4:08-cv-01842-BRW   Bowling v. Wyeth et al
4:08-cv-01858-BRW   Long v. Wyeth et al
4:08-cv-01859-BRW   Surenyan v. Wyeth et al

4:08-cv-01863-BRW   Bennett et al v. Wyeth Inc et al
4:08-cv-01867-BRW   Ewick v. Wyeth Inc et al
4:08-cv-01878-BRW   McAloon v. Wyeth Inc et al
4:08-cv-01882-BRW   McClain v. Wyeth Inc et al
4:08-cv-01883-BRW   Micheletti et al v. Wyeth Inc et al
```